UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
FILE NO. 3:05CV468-MU

| | |
|---|---|
| PATRICIA A. LONDON, <br><br> Plaintiff, <br><br> vs. <br><br> ROYAL TRUCKING COMPANY, C.W. WITHERSPOON and JORDAN CLARK, <br><br> Defendants/ Third-Party Plaintiffs <br><br> Vs. <br><br> KATHRYNANN MICHELE WARNER <br><br> Third-Party Defendant. | ORDER TO REMAND TO STATE COURT |

**THIS MATTER** comes before the Court on the parties' Joint Motion to Remand.. As it appears that this Court does not have jurisdiction over this matter, this motion is **GRANTED**.:

**IT IS THEREFORE ORDERED** that:

This action is hereby remanded to the Superior Court Division of the General Court of Justice for Gaston County, North Carolina. The Clerk is hereby **ORDERED** to forward a certified copy of this action and its pleadings to the Clerk of Superior Court for Gaston County, North Carolina.

Signed: August 3, 2006

Graham C. Mullen
United States District Judge